AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of South Carolina

| | |
|---|---|
| Michael Darnell Swann, Jr | ) |
| *Plaintiff* | ) |
| v. | ) |
| Robin Fahnle and South Carolina | ) |
| Department of Probation & Parole | ) |
| *Defendant* | ) |

Civil Action No.      9:20-cv-01629-SAL

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❒ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

❒ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: Plaintiff, Michael Darnell Swann, Jr, shall take nothing of Defendants, Robin Fahnle and South Carolina Department of Probation & Parole , as to the complaint filed pursuant to 42 U.S.C. § 1983 and this action is dismissed.

This action was *(check one)*:

❒ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❒ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Sherri A Lydon, United States District Judge, presiding.  The Court having adopted the Report and Recommendation set forth by the Honorable Molly H. Cherry, United States Magistrate Judge.

Date:   September 23, 2021

*ROBIN L. BLUME, CLERK OF COURT*

s/C. Pegram-Conner

_____
*Signature of Clerk or Deputy Clerk*